B. L. E. REALTY CORPORATION, a corporation, *Appellant*,
v. W. C. TISDALE, *Appellee*.

En Banc.

Decision filed May 7, 1931.

*John F. Burket* and *F. W. Dart*, for Appellant;
*Charles M. Williams*, for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the court upon the transcript of the record of the order herein, and briefs and argument of counsel for the respective parties, after a careful reading and inspection of the record no error having been found in the conclusion of the Chancellor, it seems to the Court that there is no error in the said order; it is, therefore, considered, ordered and adjudged by the Court that the said order of the Circuit Court be, and the same is hereby affirmed upon authority of B. L. E. Realty Corporation v. Farrar, decided at this Term of Court.

Affirmed.

BUFORD, C.J., AND WHITFIELD, ELLIS, BROWN AND DAVIS, J.J., concur.